IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01170–MSK–KMT

TERRY BLEVINS,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
DONNA WEBSTER,
LT. MARTINEZ,
JOHN DOE #1, and
JOHN DOW #2,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court Order to Use Computer and Internet for Legal Research and Legal Work" (#33, filed October 19, 2009) is DENIED. The court has no authority or jurisdiction to grant such a request.

Dated: October 21, 2009