IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-01170-MSK-KMT | FTR |
| Date: March 25, 2010 | Debra Brown, Deputy Clerk |
| TERRY BLEVINS | Pro se |
| Plaintiff. | |
| v. | |
| ARISTEDES ZAVARAS, et al. LT. MARTINEZ, | Nicole S. Gellar |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:54 a.m.**

Court calls case. Appearance by Plaintiff, pro se and of counsel.

Statement by the Court regarding the Order to Show Cause (Document #47 issued February 08, 2010).

**ORDERED:** Plaintiff is advised the Court will issue a Report and Recommendation regarding the claims against Defendant Lt. Martinez as to dismissal without prejudice pursuant to Fed. R. Civ. P. 4(m) for lack of service.

Plaintiff made no objections to the Court's recommendation.

Plaintiff's [42] MOTION for an Order Compelling Discovery at issue.
Statements by Mr. Belevins.
Responses by Ms. Gellar.

**ORDERED:** With respect to Request for Production of Documents the [42] MOTION for an Order Compelling Discovery is **DENIED as stated on the record.**

Plaintiff's [41] MOTION for an Order Compelling Discovery at issue.
Statements by Mr. Blevins.
Responses by Ms. Gellar.

**ORDERED:** With respect to Request for Production of Documents the [41] MOTION for an Order Compelling Discovery is **DENIED as stated on the record.**

**Court in recess: 9:45 a.m.**          Total In-Court Time: 0:51; hearing concluded