**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush             Date:   December 16, 2010
Court Reporter:     Tracy Weir

Civil Action No. 09-cv-01170-MSK-KMT

*Parties*:                                          *Counsel Appearing:*

TERRY BLEVINS,                                      Terry Blevins, *pro se*

        Plaintiff,

v.

ARISTEDES ZAVARAS, and                              Nicole Gellar
DONNA WEBSTER,

        Defendants.

---

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference

4:10 p.m.    Court in session.

Plaintiff appears by telephone. Keith Nordell and Donna Webster are present. Defendant Zavaras has been excused by the Court from attending this hearing.

The Court addresses defendant's Motion for Summary Judgment (**Doc. #59**).

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**    Defendant's Motion for Summary Judgment (**Doc. #59**) is **GRANTED**. Based on this ruling, and those previously issued by the Court, judgment will enter in favor of all Defendants on all claims in this action, and the Clerk of the Court will close the case.

4:28 p.m.    Court in recess.

Total Time: 18 minutes.
Hearing concluded.